# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eisenberg, Dorothy | United States Bankruptcy Court Eastern District of New York | 05/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

290 Federal Plaza - P.O. Box 9013
Central Islip, NY 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Franklin New York Tax Free | C | Dividend | L | T | | | | | |
| 2.  HPQ (Hewlett Packard) | A | Dividend | J | T | Sold (part) | 01/10/11 | J | A | T |
| 3.  HPQ (Hewlett Packard) Shares | A | Dividend | J | T | Sold (part) | 05/16/11 | J | A | T |
| 4.  HPQ (Hewlett Packard) | A | Dividend | J | T | Sold (part) | 05/16/11 | J | A | T |
| 5.  JPM (JP Morgan Chase) Shares | A | Dividend | J | T | Sold (part) | 05/16/11 | J | | T |
| 6.  JPM (JP Morgan Chase) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 7.  JPM (JP Morgan Chase) Shares | A | Dividend | J | T | Buy | 08/15/11 | J | | T |
| 8.  JPM (JP Morgan Chase) Shares | A | Dividend | J | T | Buy | 08/29/11 | J | | T |
| 9.  JPM (JP Morgan Chase) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 10.  JPM (JP Morgan Chase) Shares | A | Dividend | J | T | Sold (part) | 11/29/11 | J | | T |
| 11.  CERN (CERNER CORP) - shares | | None | J | T | Sold (part) | 05/18/11 | J | D | T |
| 12.  CERN (CERNER CORP) - shares | | None | J | T | Sold (part) | 04/28/11 | J | C | T |
| 13.  CERN (CERNER CORP) - shares | | None | J | T | Sold (part) | 04/29/11 | J | C | T |
| 14.  Citibank Money Market | A | Interest | J | T | | | | | |
| 15.  Drefus Liquid Assets (formerly Weston) | A | Dividend | J | T | | | | | |
| 16.  T (AT&T) - Shares | A | Dividend | J | T | Sold (part) | 01/10/11 | J | A | T |
| 17.  T (AT&T) Shares | A | Dividend | J | T | Sold (part) | 01/11/11 | J | A | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T (AT&T) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 19. AMZN (Amazon) Shares | | None | | | Buy | 06/24/11 | J | | T |
| 20. AMZN (Amazon) Shares | | None | | | Buy | 08/11/11 | J | | T |
| 21. AMZN (Amazon) Shares | | None | | | Buy | 08/30/11 | J | | T |
| 22. AMZN (Amazon) Shares | | None | | | Buy | 09/15/11 | J | | T |
| 23. AMZN (Amazon) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 24. AMT (American Tower) Shares | | None | J | T | Buy | 09/12/11 | J | | T |
| 25. AMT (American Tower) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 26. AAPL (Apple) Shares | | None | J | T | Sold (part) | 01/10/11 | J | A | T |
| 27. AAPL (Apple) Shares | | None | J | T | Sold (part) | 03/24/11 | J | A | T |
| 28. AAPL (Apple) Shares | | None | | | Sold (part) | 04/04/11 | J | A | T |
| 29. AAPL (Apple) Shares | | None | | | Sold | 09/26/11 | J | C | T |
| 30. BIDU (Baidu) - Shares | | None | | | Buy | 09/15/11 | J | | T |
| 31. BIDU (Baidu) - Shares | | None | | | Buy | 03/24/11 | J | | T |
| 32. BIDU (Baidu) - Shares | | None | | | Buy | 08/30/11 | J | | T |
| 33. BIDU (Baidu) - Shares | | None | | | Sold (part) | 05/06/11 | J | A | T |
| 34. BIDU (Baidu) - Shares | | None | | | Sold (part) | 05/16/11 | J | A | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BIDU (Baidu) - Shares | | None | | | Sold | 09/26/11 | J | | T |
| 36. BA (Boeing) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 37. BA (Boeing) Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 38. BA (Boeing) Shares | A | Dividend | | | Buy | 03/24/11 | J | | T |
| 39. BA (Boeing) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 40. COF (Capital One) Shares | A | Dividend | | | Buy | 04/27/11 | J | | T |
| 41. COF (Capital One) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 42. COF (Capital One) Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 43. COF (Capital One) Shares | A | Dividend | | | Sold (part) | 08/08/11 | J | | T |
| 44. COF (Capital One) Shares | A | Dividend | | | Buy | 09/15/11 | J | | T |
| 45. COF (Capital One) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 46. DE (Deere & Co.) Shares | A | Dividend | | | Sold | 02/25/11 | J | A | T |
| 47. DIS (Disney) Shares | A | Dividend | J | T | Buy | 03/02/11 | J | | T |
| 48. DIS (Disney) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 49. DIS (Disney) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 50. DIS (Disney) Shares | A | Dividend | J | T | Sold (part) | 08/05/11 | J | A | T |
| 51. DIS (Disney) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DIS (Disney) Shares | A | Dividend | J | T | Buy | 12/23/11 | J | | T |
| 53. DTV (Direct TV) Shares | | None | | | Sold (part) | 01/05/11 | J | A | T |
| 54. DTV (Direct TV) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 55. DTV (Direct TV) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 56. DTV (Direct TV) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 57. DOW (Dow Chemical) Shares | A | Dividend | J | T | Sold (part) | 02/25/11 | J | A | T |
| 58. DOW (Dow Chemical) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 59. DOW (Dow Chemical) Shares | A | Dividend | | | Sold (part) | 09/16/11 | J | | T |
| 60. DOW (Dow Chemical) Shares | A | Dividend | | | Sold | 09/06/11 | J | | T |
| 61. DD (El DuPont) Shares | A | Dividend | J | T | Sold (part) | 02/25/11 | J | A | T |
| 62. DD (El DuPont (Shares) | A | Dividend | J | T | Sold (part) | 05/16/11 | J | A | T |
| 63. DD (El Dupont) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 64. DD (El Dupont) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 65. ESRX (Express Scripts) Shares | | None | J | T | Sold (part) | 04/04/11 | J | | T |
| 66. ESRX (Express Script) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 67. ESRX (Express Script) Shares | | None | | | Buy | 08/02/11 | J | | T |
| 68. ESRX (Express Script) Shares | | None | | | Sold | 09/26/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. F (Ford) Shares | | None | | | Sold (part) | 04/13/11 | J | A | T |
| 70. F (Ford) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 71. F (Ford) Shares | | None | | | Sold (part) | 07/08/11 | J | A | T |
| 72. F (Ford) Shares | | None | | | Sold | 08/05/11 | J | | T |
| 73. GOOG (Google) Shares | | None | | | Sold (part) | 04/15/11 | J | | T |
| 74. GOOG (Google) Shares | | None | | | Sold (part) | 06/20/11 | J | | T |
| 75. GOOG (Google) Shares | | None | | | Buy | 08/11/11 | J | | T |
| 76. GOOG (Google) Shares | | None | | | Buy | 08/30/11 | J | | T |
| 77. GOOG (Google) Shares | | None | | | Buy | 09/15/11 | J | | T |
| 78. GOOG (Google) Shares | | None | | | Buy | 09/20/11 | J | | T |
| 79. GOOG (Google) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 80. HAL (Halliburton) Shares | A | Dividend | | | Buy | 04/21/11 | J | | T |
| 81. HAL (Halliburton) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 82. HAL (Halliburton) Shares | A | Dividend | | | Buy | 08/15/11 | J | | T |
| 83. HAL (Halliburton) Shares | A | Dividend | | | Buy | 08/30/11 | J | | T |
| 84. HAL (Halliburton) Shares | A | Dividend | | | Sold (part) | 09/20/11 | J | | T |
| 85. HAL (Halliburton) Shares | A | Dividend | | | Sold (part) | 09/22/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HAL (Halliburton) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 87. IBM - Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 88. IBM - Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 89. IBM - Shares | A | Dividend | | | Buy | 09/15/11 | J | | T |
| 90. IBM - Shares | A | Dividend | | | Sold | 10/11/11 | J | A | T |
| 91. IBM (Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | B | T |
| 92. LVS (Las Vegas Sands) Shares | | None | | | Sold (part) | 02/04/11 | J | A | T |
| 93. LVS (Las Vegas Sands) Shares | | None | | | Sold (part) | 03/02/11 | J | A | T |
| 94. LVS (Las Vegas Sands) Shares | | None | | | Sold | 03/08/11 | J | | T |
| 95. MCD (McDonalds) Shares | A | Dividend | J | T | Sold (part) | 02/08/11 | J | A | T |
| 96. MCD (McDonalds) Shares | A | Dividend | J | T | Buy | 08/11/11 | J | | T |
| 97. MCD (McDonalds) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | A | T |
| 98. MRK (Merck & Co) Shares | A | Dividend | | | Sold | 01/03/11 | J | A | T |
| 99. MET (Met Life) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 100. MET (Met Life) Shares | A | Dividend | J | T | Buy | 06/30/11 | J | | T |
| 101. MET (Met Life) Shares | A | Dividend | J | T | Sold (part) | 09/06/11 | J | | T |
| 102. MET (Met Life) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NTAP (Netapp) Shares | | None | | | Buy | 04/27/11 | J | | T |
| 104. NTAP (Netapp) Shares | | None | | | Buy | 05/12/11 | J | | T |
| 105. NTAP (Netapp) Shares | | None | | | Sold (part) | 08/02/11 | J | | T |
| 106. NTAP (Netapp) Shares | | None | | | Sold | 08/18/11 | J | | T |
| 107. OXY (Occidenttal Petrolium) Shares | A | Dividend | J | T | Sold (part) | 04/04/11 | J | A | T |
| 108. OXY (Occidental Petrolium) Shares | A | Dividend | | | Sold (part) | 04/06/11 | J | A | T |
| 109. OXY (Occidental Petrolium) Shares | A | Dividend | | | Sold | 04/13/11 | J | A | T |
| 110. ORCL (Oracle) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 111. ORCL (Oracle) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 112. ORCL (Oracle) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 113. BTU (Peabody Energy) Shares | A | Dividend | | | Sold (part) | 04/13/11 | J | A | T |
| 114. BTU (Peabody Energy) Shares | A | Dividend | | | Sold (part) | 05/16/11 | J | A | T |
| 115. BTU (Peabody Energy) Shares | A | Dividend | | | Sold (part) | 06/11/11 | J | A | T |
| 116. BTU (Peabody Energy) Shares | A | Dividend | | | Sold (part) | 06/13/11 | J | A | T |
| 117. BTU (Peabody Energy) Shares | A | Dividend | | | Sold | 08/23/11 | J | | T |
| 118. PM (Phillip Morris) Shares | A | Dividend | | | Sold (part) | 01/05/11 | J | A | T |
| 119. PM (Phillip Morris) Shares | A | Dividend | | | Sold (part) | 01/10/11 | J | A | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PM (Phillip Morris) Shares | A | Dividend | | | Sold (part) | 01/13/11 | J | A | T |
| 121. PM (Phillip Morris) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 122. RHT (Red Hat) Shares | | None | J | T | Buy | 05/17/11 | J | | T |
| 123. RHT (Red Hat) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 124. RHT (Red Hat) Shares | | None | | | Sold (part) | 06/17/11 | J | A | T |
| 125. RHT (Red Hat) Shars | | None | | | Sold | 08/02/11 | J | | T |
| 126. SLB (Schlumberger) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 127. SLB (Schlumberger) Shares | A | Dividend | | | Buy | 06/17/11 | J | | T |
| 128. SLB (Schlumberger) Shares | A | Dividend | | | Buy | 08/05/11 | J | | T |
| 129. SLB (Schlumberger) Shares | A | Dividend | | | Sold (part) | 09/20/11 | J | | T |
| 130. SLB (Schlumberger) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 131. HOT (Starwood) Shares | | None | J | T | Buy | 02/04/11 | J | | T |
| 132. HOT (Starwood) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 133. HOT (Starwood) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 134. TGT (Target) Shares | | None | | | Sold | 02/02/11 | J | | T |
| 135. TEVA (Teva Pharmacy) Shares | | None | | | Sold | 02/09/11 | J | | T |
| 136. MMM (3M Co) Shares | A | Dividend | J | T | Sold (part) | 01/05/11 | J | A | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. UNP (Union Pacific) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 138. UNP (Union Pacific) Shares | A | Dividend | | | Sold (part) | 08/2/11 | J | A | T |
| 139. UNP (Union Pacific) Shares | A | Dividend | | | Sold | 09/26/11 | J | A | T |
| 140. UPS (United Parcel Service) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 141. UPS (United Parcel Service) Shares | A | Dividend | J | T | Sold (part) | 08/02/11 | J | A | T |
| 142. UPS (United Parcel Service) Shares | A | Dividend | J | T | Sold (part) | 08/08/11 | J | | T |
| 143. UPS (United Parcel Service) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 144. FCX (Freeport McMoran) Shares | A | Dividend | | | Sold (part) | 01/26/11 | J | A | T |
| 145. FCX (Freeport McMoran) Shares | A | Dividend | | | Sold (part) | 04/15/11 | J | A | T |
| 146. FCX (Freeport McMoran) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 147. FCX (Freeport McMoran) Shares | A | Dividend | | | Sold | 06/05/11 | J | | T |
| 148. GS (Goldman Sachs) Shares | A | Dividend | | | Sold (part) | 02/09/11 | J | A | T |
| 149. GS (Goldman Sachs) Shares | A | Dividend | | | Sold (part) | 05/16/11 | J | | T |
| 150. GS (Goldman Sachs) Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 151. GS (Goldman Sachs) Shares | A | Dividend | | | Sold (part) | 08/08/11 | J | | T |
| 152. GS (Goldman Sachs) Shares | A | Dividend | | | Sold | 09/02/11 | J | | T |
| 153. UTX ( United Tech) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  UTX ( United Tech) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 155.  UTX ( United Tech) Shares | A | Dividend | J | T | Buy | 08/15/11 | J | | T |
| 156.  WFC (Wells Fargo) Shares | A | Dividend | | | Buy | 02/09/11 | J | | T |
| 157.  WFC (Wells Fargo) Shares | A | Dividend | | | Sold (part) | 04/15/11 | J | | T |
| 158.  WFC (Wells Fargo) Shares | A | Dividend | | | Sold | 04/20/11 | J | | T |
| 159.  ARTQX - Mutual Fund | A | Dividend | J | T | Sold (part) | 09/26/11 | J | A | T |
| 160.  GGOIX - Mutual Fund | | None | | | Sold (part) | 01/17/11 | J | A | T |
| 161.  GGOIX - Mutual Fund | | None | | | Sold | 05/17/11 | J | C | T |
| 162.  OAKIX - Mutual Fund | | None | | | Sold (part) | 05/17/11 | K | D | T |
| 163.  OAKIX - Mutual Fund | | None | | | Sold | 09/26/11 | K | | T |
| 164.  LZEMX - Mutual Fund | B | Dividend | K | T | Sold (part) | 09/26/11 | K | | T |
| 165.  LZEMX - Mutual Fund | B | Dividend | K | T | Sold (part) | 05/17/11 | J | A | T |
| 166.  PTTPX - Mutual Fund | B | Dividend | K | T | Sold (part) | 01/07/11 | J | | T |
| 167.  PTTPX - Mutual Fund | B | Dividend | K | T | Buy | 05/17/11 | J | | T |
| 168.  PTTPX - Mutual Fund | B | Dividend | K | T | Buy | 05/24/11 | J | | T |
| 169.  PTTPX - Mutual Fund | B | Dividend | K | T | Buy | 09/26/11 | J | | T |
| 170.  PREMX - Mutual Fund | B | Dividend | K | T | Buy | 05/17/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PREMX - Mutual Fund | B | Dividend | K | T | Buy | 05/24/11 | J | | T |
| 172. PREMX - Mutual Fund | B | Dividend | K | T | Buy | 09/26/11 | J | | T |
| 173. RYPRX - Mutual Fund | A | Dividend | J | T | | | | | |
| 174. TGBAX - Mutual Fund | B | Dividend | | | Sold | 09/26/11 | J | | T |
| 175. C (Citigroup) Shares | A | Dividend | | | Buy | 01/03/11 | J | | T |
| 176. C (Citigroup) Shares | A | Dividend | | | Buy | 01/05/11 | J | | T |
| 177. C (Citigroup) Shares | A | Dividend | | | Buy | 03/10/11 | J | | T |
| 178. C (Citigroup) Shares | A | Dividend | | | Sold (part) | 05/06/11 | J | | T |
| 179. C (Citigroup) Shares | A | Dividend | | | Sold (part) | 06/13/11 | J | | T |
| 180. C (Citigroup) Shares | A | Distribution | | | Sold | 09/26/11 | J | | T |
| 181. MSFT (Microsoft) Shares | A | Dividend | J | T | Buy | 07/11/11 | J | | T |
| 182. MSFT (Microsoft) Shares | A | Dividend | J | T | Buy | 07/19/11 | J | | T |
| 183. MSFT (Mircrosoft) Shares | A | Dividend | J | T | Buy | 08/05/11 | J | | T |
| 184. MSFT (Microsoft) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 185. MSFT (Microsoft) Shares | A | Dividend | J | T | Buy | 11/28/11 | J | | T |
| 186. VOT (Vanguard Mid Corp.) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 187. VOT (Vanguard Mid Corp.) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. VOT (Vanguard Mid Corp) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 189. TIP - Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 190. Investco Money Market | A | Dividend | J | T | | | | | |
| 191. MADVX - Mutural Fund | A | Dividend | J | T | Sold (part) | 01/07/11 | J | A | T |
| 192. FINSX - Mutural Fund | | None | J | T | Buy | 09/26/11 | J | | T |
| 193. RTN (Raytheon) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 194. MLAIX - Mutual Fund | | None | J | T | Buy | 05/17/11 | J | | T |
| 195. NGRRX - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/17/11 | J | A | T |
| 196. NGRRX - Mutual Fund | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 197. PTSPX - Mutual Fund | A | Dividend | J | T | | | | | |
| 198. PHLPX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/11 | J | A | T |
| 199. NGRRX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/11 | J | A | T |
| 200. TGVIX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/11 | J | A | T |
| 201. TGVIX - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/17/11 | J | A | T |
| 202. TGVIX - Mutual Fund | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 203. GSMCX - Mutual Fund | | None | | | Sold (part) | 01/07/11 | J | A | T |
| 204. GSMCX - Mutual Fund | | None | | | Sold | 05/17/11 | J | A | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  JCAPX - Mutual Fund | | None | | | Sold (part) | 01/07/11 | J | A | T |
| 206.  JCAPX - Mutual Fund | | None | | | Sold | 09/26/11 | J | | T |
| 207.  MCGIX - Mutual Fund | | None | | | Sold (part) | 01/07/11 | J | A | T |
| 208.  MCGIX - Mutual Fund | | None | | | Sold | 05/17/11 | J | B | T |
| 209.  Morgan Stanley Liquid Asset | A | Dividend | J | T | | | | | |
| 210.  ABT (Abbott Labs) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 211.  AEP (American Elec. Power) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 212.  ADP (Automatic Data Proc.) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 213.  BBL (BHP) Shares | A | Dividend | J | T | Buy | 11/30/11 | J | | T |
| 214.  BMY (Bristol Myers) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 215.  CVX (Chevron) Shares | A | Dividend | J | T | Buy | 04/15/11 | J | | T |
| 216.  CVX (Chevron) Shares | A | Dividend | J | T | Sold (part) | 08/08/11 | J | | T |
| 217.  CVX (Chevron) Shares | A | Dividend | J | T | Sold (part) | 08/09/11 | J | | T |
| 218.  CVX (Chevron) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 219.  CMCSK (Comcast) Share | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 220.  COP (ConocoPhilips) Shares | A | Dividend | J | T | Sold (part) | 05/03/11 | J | A | T |
| 221.  COP (ConocoPhilips) Shares | A | Dividend | J | T | Sold (part) | 05/13/11 | J | A | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. COP (ConocoPhilips) Shares | A | Dividend | J | T | Sold (part) | 08/08/11 | J | | T |
| 223. XOM (Exxon Mobil) Shares | A | Dividend | J | T | Buy | 02/25/11 | J | | T |
| 224. XOM (Exxon Mobil) Shares | A | Dividend | J | T | Buy | 04/04/11 | J | | T |
| 225. XOM (Exxon Mobil) Shares | A | Dividend | J | T | Buy | 04/06/11 | J | | T |
| 226. GE (General Electric) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 227. GE (General Electric) Shares | | None | J | T | Sold (part) | 11/29/11 | J | | T |
| 228. GIS (General Mills) Share | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 229. HNZ (HJ Heinz) | | None | J | T | Buy | 09/26/11 | J | | T |
| 230. HD (Home Depot) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 231. INTC (Intel) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 232. IP (International Paper) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 233. JCI (Johnson Control) Shares | | None | J | T | Buy | 11/16/11 | J | | T |
| 234. KMB (Kimberly Clark) Share | | None | J | T | Buy | 09/26/11 | J | | T |
| 235. NEE (Nextera) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 236. NEE (Nextera) Shares | A | Dividend | J | T | Buy | 10/20/11 | J | | T |
| 237. PPG (PPG Industries) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 238. PBCT (People United Financial) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 29

Name of Person Reporting

Eisenberg, Dorothy

Date of Report

05/24/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  PEP (Pepsico) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 240.  PFE (Pfizer) Shares | A | Dividend | J | T | Buy | 03/16/11 | J | | T |
| 241.  PFE (Pfizer) Shares | A | Dividend | J | T | Buy | 05/04/11 | J | | T |
| 242.  PG (Proctor & Gamble) Shares | A | Dividend | J | T | Buy | 05/13/11 | J | | T |
| 243.  PG (Proctor & Gamble) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 244.  PG (Proctor & Gamble) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 245.  QCOM (Qualcomm) Shares | A | Dividend | J | T | Sold (part) | 08/26/11 | J | | T |
| 246.  QCOM (Qualcomm) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 247.  RTN (Raytheon Co) Shares | A | Dividend | J | T | Sold (part) | 11/29/11 | J | A | T |
| 248.  SE (Spectra Energy) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 249.  SPLS (Staples) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 250.  TXN (Texas Instruments) | A | Dividend | J | T | Buy | 10/05/11 | J | | T |
| 251.  TWX (Time Warner) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 252.  TOT (Total S.A.) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 253.  TRV (Travelers) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 254.  UTX (United Tech) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 255.  VZ (Verizon) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. WMT (Walmart) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 257. WM (Waste Management) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 258. WEC (Wisconsin) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 259. WEC (Wisconsin) Shares | A | Dividend | J | T | Buy | 12/21/11 | J | | T |
| 260. EFA (1Share MSCI) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 261. INVESTCO - Money Market | A | Dividend | J | T | | | | | |
| 262. BSCFX - Mutual Fund | | None | J | T | Buy | 05/17/11 | J | | T |
| 263. BSCFX - Mutual Fund | | None | J | T | Buy | 05/24/11 | J | | T |
| 264. DTINX - Mutural Fund | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 265. PLDPX - Mutual Fund | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 266. HIEMX - Mutual Fund | A | Dividend | K | T | Buy | 09/26/11 | K | | T |
| 267. STHYX - Mutual Fundd | A | Dividend | K | T | Buy | 09/26/11 | K | | T |
| 268. JCAPX - Mutual Fund | | None | J | T | Buy | 05/17/11 | J | | T |
| 269. ARTQX - Mutual Fund | | None | J | T | Buy | 05/17/11 | J | | T |
| 270. MADVX - Mutual Fund | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 271. MADVX - Mutual Fund | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 272. PTSPX - Mutual Fund | A | Dividend | J | T | Buy | 09/26/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PHLPX - Mutual Fund | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 274. PCP (Precision Castparts) Shares | A | Dividend | | | Sold | 09/26/11 | J | A | T |
| 275. COP (ConocoPhilips) Shares | A | Dividend | J | T | Sold (part) | 08/09/11 | J | A | T |
| 276. COP (ConocoPhilips) Shares | A | Dividend | J | T | Buy | 01/05/11 | J | | T |
| 277. COP (ConocoPhilips) Shares | A | Dividend | J | T | Buy | 02/08/11 | J | | T |
| 278. COP (ConocoPhilips) Shares | A | Dividend | J | T | Buy | 03/23/11 | J | | T |
| 279. COP (ConocoPhilips) Shares | A | Dividend | J | T | Buy | 02/19/11 | J | | T |
| 280. MET (Metlife) Shares | A | Dividend | J | T | Buy | 01/05/11 | J | | T |
| 281. MET (Metlife) Shares | A | Dividend | J | T | Buy | 03/03/11 | J | | T |
| 282. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 01/05/11 | J | | T |
| 283. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 01/28/11 | J | | T |
| 284. CRM (Salesforce.com) Shares | | None | | | Sold | 02/25/11 | J | A | T |
| 285. HOT (Starwood) Shares | | None | | | Sold | 08/04/11 | J | | T |
| 286. VALE Shares | A | Dividend | | | Sold | 04/06/11 | J | A | T |
| 287. AGN (Allergaan) Shares | | None | J | T | Buy | 09/22/11 | J | | T |
| 288. AGN (Allergan) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 289. APA (Apache) Shares | A | Dividend | | | Buy | 01/15/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. APA (Apache) Shares | A | Dividend | | | Buy | 03/30/11 | J | | T |
| 291. APA (Apache) Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 292. APA (Apache) Shares | A | Dividend | | | Sold (part) | 09/06/11 | J | | T |
| 293. APA (Apache) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 294. AXP (American Express) Shares | A | Dividend | | | Buy | 05/23/11 | J | | T |
| 295. AXP (American Express) Shares | A | Dividend | | | Buy | 06/17/11 | J | | T |
| 296. AXP (American Express) Shares | A | Dividend | | | Buy | 06/23/11 | J | | T |
| 297. AXP (American Express) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 298. BHP (Billiton) Shares | | None | | | Buy | 02/08/11 | J | | T |
| 299. BHP (Billiton) Shares | | None | | | Sold | 05/13/11 | J | | T |
| 300. CSX Shares | A | Dividend | | | Buy | 01/13/11 | J | | T |
| 301. CSX Shares | A | Dividend | | | Buy | 01/26/11 | J | | T |
| 302. CSX Shares | A | Dividend | | | Buy | 03/24/11 | J | | T |
| 303. CSX Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 304. CSX Shares | A | Dividend | | | Sold (part) | 08/23/11 | J | | T |
| 305. CSX Shares | A | Dividend | | | Sold (part) | 09/22/11 | J | | T |
| 306. CSX Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CVS Shares | A | Dividend | | | Buy | 06/02/11 | J | | T |
| 308. CVS Shares | A | Dividend | | | Buy | 08/24/11 | J | | T |
| 309. CVS Shares | A | Dividend | | | Buy | 09/06/11 | J | | T |
| 310. CVS Shares | A | Dividend | | | Buy | 09/15/11 | J | | T |
| 311. CVS Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 312. EMC Corp. Shares | | None | | | Buy | 04/20/11 | J | | T |
| 313. EMC Corp. Shares | | None | | | Buy | 04/21/11 | J | | T |
| 314. EMC Corp. Shares | | None | | | Buy | 05/13/11 | J | | T |
| 315. EMC Corp. Shares | | None | | | Buy | 05/17/11 | J | | T |
| 316. EMC Corp. Shares | | None | | | Buy | 05/24/11 | J | | T |
| 317. EMC Corp. Shares | | None | | | Sold (part) | 08/18/11 | J | | T |
| 318. EMC Corp. Shares | | None | | | Sold | 09/26/11 | J | | T |
| 319. GM Shares | A | Dividend | | | Buy | 01/11/11 | J | | T |
| 320. GM Shares | A | Dividend | | | Buy | 04/04/11 | J | | T |
| 321. GM Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 322. GM Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 323. GM Shares | A | Dividend | | | Sold | 06/02/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. GR (Goodrich) Shares | A | Dividend | | | Buy | 02/02/11 | J | | T |
| 325. GR (Goodrich) Shares | A | Dividend | | | Sold | 04/13/11 | J | | T |
| 326. GWW (WW Grainger) Shares | | None | J | T | Buy | 09/26/11 | J | | T |
| 327. JNPR (Juniper) Shares | | None | | | Buy | 05/13/11 | J | | T |
| 328. JNPR (Juniper) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 329. JNPR (Juniper) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 330. JNPR (Juniper) Shares | | None | | | Sold | 09/20/11 | J | | T |
| 331. KFT (Kraft) Shares | | None | | | Buy | 09/08/11 | J | | T |
| 332. KFT (Kraft) Shares | | None | | | Sold | 09/26/11 | J | | T |
| 333. MA ( Mastercard) Shares | | None | | | Buy | 09/16/11 | J | | T |
| 334. MA ( Mastercard) Shares | | None | | | Buy | 09/20/11 | J | | T |
| 335. MA ( Mastercard) Shares | | None | | | Sold | 09/26/11 | J | | T |
| 336. MADVX - Mutual Funds | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |
| 337. OAKIX - Mutual Fund | | None | J | T | Buy | 05/24/11 | J | | T |
| 338. NWSA (News Corp.) Shares | | None | J | T | Buy | 07/21/11 | J | | T |
| 339. NWSA (News Corp.) Shares | | None | | | Buy | 08/15/11 | J | | T |
| 340. NWSA (News Corp.) Shares | | None | | | Buy | 08/24/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. NWSA (News Corp.) Shars | | None | | | Sold | 09/26/11 | J | | T |
| 342. RIO Shares | A | Dividend | J | T | Buy | 02/09/11 | J | | T |
| 343. RIO Shares | A | Dividend | | | Sold | 05/03/11 | J | | T |
| 344. STJ (St. Jude Medical) Shares | | None | | | Buy | 04/04/11 | J | | T |
| 345. STJ (St. Jude Medical) Shares | | None | | | Buy | 05/03/11 | J | | T |
| 346. STJ (St. Jude Medical) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 347. STJ (St. Jude Medical) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 348. STJ (St. Jude Medical) Shares | | None | | | Sold (part) | 09/16/11 | J | | T |
| 349. STJ (St. Jude Medical) Shares | | None | | | Sold (part) | 09/22/11 | J | | T |
| 350. STJ (St. Jude Medical) Shares | | None | | | Sold | 09/26/11 | J | | T |
| 351. UNH (United Health) Shares | | None | | | Buy | 05/04/11 | J | | T |
| 352. UNH (United Health) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 353. UNH (United Health) Shares | | None | | | Buy | 06/02/11 | J | | T |
| 354. UNH (United Health) Shares | | None | | | Buy | 06/20/11 | J | | T |
| 355. UNH (United Health) Shares | | None | | | Sold | 09/26/11 | J | | T |
| 356. VIAB (Viacom) Shares | A | Dividend | J | T | Buy | 05/06/11 | J | | T |
| 357. VIAB (Viacom) | A | Dividend | | | Buy | 05/12/11 | J | | T |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  VIAB (Viacom) | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 359.  VIAB (Viacom) | A | Dividend | | | Buy | 07/11/11 | J | | T |
| 360.  VIAB (Viacom) | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 361.  WLP (Wellpoint) Shares | A | Dividend | | | Buy | 03/1/11 | J | | T |
| 362.  WLP (Wellpoint) Shares | A | Dividend | | | Buy | 04/15/11 | J | | T |
| 363.  WLP (Wellpoint) Shares | A | Dividend | | | Buy | 04/27/11 | J | | T |
| 364.  WLP (Wellpoint) Shares | A | Dividend | | | Buy | 05/17/11 | J | | T |
| 365.  WLP (Wellpoint) Shares | A | Dividend | | | Buy | 05/24/11 | J | | T |
| 366.  WLP (Wellpoint) Shares | A | Dividend | | | Sold | 09/26/11 | J | | T |
| 367.  XOM (Exxon) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 368.  XOM (Exxon) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 369.  JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Buy | 05/03/11 | J | | T |
| 370.  JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Buy | 05/13/11 | J | | T |
| 371.  JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 372.  JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Buy | 05/27/11 | J | | T |
| 373.  JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Buy | 06/30/11 | J | | T |
| 374.  JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Sold (part) | 09/26/11 | J | | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. PFE (Pfizer) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 376. PFE (Pfizer) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 377. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 04/15/11 | J | | T |
| 378. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 05/17/11 | J | | T |
| 379. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 05/24/11 | J | | T |
| 380. RTN (Raytheon) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 381. MMM (3-M) Shares | A | Dividend | J | T | Buy | 09/26/11 | J | | T |
| 382. LZEMX - Mutual Fund | B | Dividend | K | T | Buy | 05/17/11 | J | | T |
| 383. LZEMX - Mutual Fund | B | Dividend | K | T | Buy | 05/24/11 | J | | T |
| 384. OAKIX - Mutual Fund | | None | J | T | Buy | 05/24/11 | J | | T |
| 385. ORCL (Oracle) Shares | | None | | | Buy | 05/17/11 | J | | T |
| 386. ORCL (Oracle) Shares | | None | | | Buy | 05/24/11 | J | | T |
| 387. ORCL (Oracle) Shares | | None | | | Sold | 09/26/11 | J | A | T |
| 388. GWW (WW Grainger) Shares | | None | | | Sold | 10/28/11 | J | A | T |
| 389. RTN (Raytheon) Shares | A | Dividend | J | T | Sold (part) | 11/29/11 | J | A | T |
| 390. MMM (3M) Shares | A | Dividend | J | T | Sold (part) | 01/15/11 | J | A | T |
| 391. PREMX - Mutual Fund | B | Dividend | K | T | Sold (part) | 05/17/11 | J | A | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 05/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  GOOG (Google) shares | | None | J | T | Sold (part) | 04/05/11 | J | A | T |
| 393.  Nuance - Shares | | None | J | T | | | | | |
| 394.  Nuance - Shares | | None | J | T | Buy | 07/25/11 | J | | T |
| 395. | | | | | | | | | |
| 396. | | | | | | | | | |
| 397.  Lincoln Life & Annuity | A | Int./Div. | K | T | | | | | |
| 398.  HSBC BANK checking acct./savings account | A | Interest | L | T | | | | | |
| 399.  Coop -  ▓▓▓▓ . NYC | | None | N | W | | | | | |
| 400.  7.30% Int. in No.2 Assoc. Ltd. has 12.5% int. in partnership | | None | J | W | | | | | |
| 401. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 1990, all previously owned IRA accounts were transferred to Shuffro Rose & Ehrman, Investment Advisors, and placed into an IRA account wherein the firm has the discretion to buy or sell investments. I am not consulted before they act, but can instruct them to change the purchase after I learn of the transaction. In addition, in 1990, I opened a non-IRA account with Shufro Rose & Ehrman, similar to that stated above. These accounts have been transferred to Morgan Stanley Smith Barney as of early 2010. They have authority to buy and sell without my prior authorization. The report as to shares bought and sold was provided to me by my broker. The only purchase of stock by me is for shares in Nuance as reported.


VII. INVESTMENTS

The value of my interest in No. 2 Associates is difficult to determine since the value of the equity after expense can only be determined when the real property is sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dorothy Eisenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544